SAMUEL H. GILLESPIE, executor, &c., complainant,

*v.*

JOHN T. GILLESPIE et al., defendants.

[Decided May 18th, 1925.]

On appeal of the First Presbyterian Church of Asbury Park. On appeal from a decree of the court of chancery advised by Vice-Chancellor Backes, whose opinion is reported in *96 N. J. Eq. 501.*

*Messrs. Patterson, Rhome & Morgan,* for the appellant.

*Messrs. McCarter & English, Messrs. Stamler, Stamler & Koestler, Messrs. Katzenbach & Hunt, Messrs. Pitney, Hardin & Skinner,* for the respondents.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Backes.

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, MINTURN, KALISCH, BLACK, KATZENBACH, CAMPBELL, LLOYD, WHITE, GARDNER, VAN BUSKIRK, CLARK, McGLENNON, KAYS, JJ. 15.

*For reversal*—None.